**Exhibit A**

**Declarations**

## Sub-Exhibit A-1

**Declaration of Austin Willard**

Debtor: The Aliera Companies Inc.                                    Case Number: Not Available

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ALIERA COMPANIES INC.,<br><br>Debtor. | )<br>)<br>)   Chapter 11<br>)<br>)   Case No.<br>)<br>)<br>) |

## DECLARATION OF AUSTIN WILLARD

I, Austin Willard, in my individual capacity, state that:

1. I and the other petitioners request that an order for relief be entered against The Aliera Companies Inc. under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 – 1532.

2. I am neither a corporation nor a foreign representative appointed in a foreign proceeding.

3. I have examined the information in the involuntary petition against The Aliera Companies Inc. and have a reasonable belief that the information is true and correct.

4. The following is the information that is required by Part 4 of Official Form 205:

| | |
|---|---|
| Petitioner's Name: | Austin Willard |
| Petitioner's Mailing Address: | c/o Sirianni Youtz Spoonemore Hamburger PLLC<br>3101 Western Avenue, Suite 350<br>Seattle, Washington 98121<br>Attn: Eleanor Hamburger, Esq. |

Case 21-11548-JTD    Doc 1-2    Filed 12/03/21    Page 4 of 20

| Debtor: The Aliera Companies Inc. | Case Number: Not Available |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2021

/s/ Austin Willard

Austin Willard

## Sub-Exhibit A-2

**Joint Declaration of Hanna Albina and Austin Willard**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ALIERA COMPANIES INC.,<br><br>Debtor. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. <br> ) <br> ) |

## JOINT DECLARATION OF HANNA ALBINA AND AUSTIN WILLARD

We, Hanna Albina and Austin Willard, in our capacities as the representatives of the class comprising all persons who, while a Kentucky resident, purchased or were covered by a plan from The Aliera Companies Inc. and Sharity Ministries, Inc., which purported to be a "health care sharing ministry" (the "**Class**"), state that:

1.      We, on the Class's behalf, and the other petitioners request that an order for relief be entered against The Aliera Companies Inc. under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 – 1532.

2.      Neither of us is a corporation or a foreign representative appointed in a foreign proceeding.

3.      We have examined the information in the involuntary petition against The Aliera Companies Inc. and have a reasonable belief that the information is true and correct.

4.      The following is the information that is required by Part 4 of Official Form 205:



Debtor: The Aliera Companies Inc.                                                      Case Number: Not Available

| | |
|---|---|
| Petitioners' Names: | Hanna Albina and Austin Willard, on behalf of all persons who, while a Kentucky resident, purchased or were covered by a plan from The Aliera Companies Inc. and Sharity Ministries, Inc., which purported to be a "health care sharing ministry" |
| Petitioner's Mailing Address: | c/o Sirianni Youtz Spoonemore Hamburger PLLC<br>3101 Western Avenue, Suite 350<br>Seattle, Washington 98121<br>Attn: Eleanor Hamburger, Esq. |

We declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2021

/s/ *[signature]*

Hanna Albina
Representative of the Class

/s/ *Austin Willard*

Austin Willard
Representative of the Class

## Sub-Exhibit A-3

**Declaration of Gerald Jackson**

Debtor: The Aliera Companies Inc.                                    Case Number: Not Available

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| THE ALIERA COMPANIES INC., ) | Chapter 11 |
| ) | Case No. |
| Debtor.[1] ) | |
| ) | |

## DECLARATION OF GERALD JACKSON

I, Gerald Jackson, in my individual capacity, state that:

1. I and the other petitioners request that an order for relief be entered against The Aliera Companies Inc. under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 – 1532.

2. I am neither a corporation nor a foreign representative appointed in a foreign proceeding.

3. I have examined the information in the involuntary petition against The Aliera Companies Inc. and have a reasonable belief that the information is true and correct.

4. The following is the information that is required by Part 4 of Official Form 205:

Petitioner's Name:         Gerald Jackson

Petitioner's Mailing Address: c/o Sirianni Youtz Spoonemore Hamburger PLLC
3101 Western Avenue, Suite 350
Seattle, Washington 98121
Attn: Eleanor Hamburger, Esq.

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 9555. The address of the Debtor's principal office is 990 Hammond Drive, Suite 700, Atlanta, Georgia 30328.

Debtor: The Aliera Companies Inc.                                    Case Number: Not Available

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2021

/s/ Gerald Jackson
Gerald Jackson

**Sub-Exhibit A-4**

**Declaration of Roslyn Jackson**

Debtor: The Aliera Companies Inc.                                    Case Number: Not Available

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ALIERA COMPANIES INC.,<br><br>Debtor.[1] | )<br>)<br>)  Chapter 11<br>)<br>)  Case No.<br>)<br>) |

## DECLARATION OF ROSLYN JACKSON

I, Roslyn Jackson, in my individual capacity, state that:

1. I and the other petitioners request that an order for relief be entered against The Aliera Companies Inc. under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 – 1532.

2. I am neither a corporation nor a foreign representative appointed in a foreign proceeding.

3. I have examined the information in the involuntary petition against The Aliera Companies Inc. and have a reasonable belief that the information is true and correct.

4. The following is the information that is required by Part 4 of Official Form 205:

Petitioner's Name:            Roslyn Jackson

Petitioner's Mailing Address: c/o Sirianni Youtz Spoonemore Hamburger PLLC
3101 Western Avenue, Suite 350
Seattle, Washington 98121
Attn: Eleanor Hamburger, Esq.

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 9555. The address of the Debtor's principal office is 990 Hammond Drive, Suite 700, Atlanta, Georgia 30328.

Debtor: The Aliera Companies Inc.                                          Case Number: Not Available

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2021

/s/ *[signature]*
Roslyn Jackson

**Sub-Exhibit A-5**

**Declaration of Dean Mellom**

Debtor: The Aliera Companies Inc.                                          Case Number: Not Available

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| THE ALIERA COMPANIES INC., | ) |
| | ) Case No. |
| | ) |
| Debtor.[1] | ) |
| | ) |

## DECLARATION OF DEAN MELLOM

I, Dean Mellom, in my individual capacity, state that:

1. I and the other petitioners request that an order for relief be entered against The Aliera Companies Inc. under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 – 1532.

2. I am neither a corporation nor a foreign representative appointed in a foreign proceeding.

3. I have examined the information in the involuntary petition against The Aliera Companies Inc. and have a reasonable belief that the information is true and correct.

4. The following is the information that is required by Part 4 of Official Form 205:

Petitioner's Name:                Dean Mellom

Petitioner's Mailing Address:   c/o Sirianni Youtz Spoonemore Hamburger PLLC
                                 3101 Western Avenue, Suite 350
                                 Seattle, Washington 98121
                                 Attn: Eleanor Hamburger, Esq.

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 9555. The address of the Debtor's principal office is 990 Hammond Drive, Suite 700, Atlanta, Georgia 30328.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2021

DEAN MELLOM
/s/ *(signature)*
Dean Mellom

# Sub-Exhibit A-6

**Joint Declaration of Gerald Jackson, Roslyn Jackson, and Dean Mellom**

Debtor: The Aliera Companies Inc.                                    Case Number: Not Available

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | )  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| THE ALIERA COMPANIES INC., | ) |
| | ) Case No. |
| | ) |
| Debtor.[1] | ) |
| | ) |

**JOINT DECLARATION OF GERALD JACKSON, ROSLYN JACKSON, AND DEAN MELLOM**

We, Gerald Jackson, Roslyn Jackson, and Dean Mellom, in our capacities as representatives of the class comprising all Washington residents who acquired plans from or through The Aliera Companies Inc., Aliera Healthcare, Inc., and Sharity Ministries, Inc. or any of those entities' subsidiaries that purported to be "health care sharing ministry" plans at any time from June 27, 2018 to July 8, 2021 (the "**Class**"), state that:

1. We, on the Class's behalf, and the other petitioners request that an order for relief be entered against The Aliera Companies Inc. under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 – 1532.

2. None of us is a corporation or a foreign representative appointed in a foreign proceeding.

3. We have examined the information in the involuntary petition against The Aliera Companies Inc. and have a reasonable belief that the information is true and correct.

4. The following is the information that is required by Part 4 of Official Form 205:

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 9555. The address of the Debtor's principal office is 990 Hammond Drive, Suite 700, Atlanta, Georgia 30328.

Debtor: The Aliera Companies Inc.                                    Case Number: Not Available

Petitioners' Names:    Gerald Jackson, Roslyn Jackson, and Dean Mellom, on behalf of all Washington residents who acquired plans from or through The Aliera Companies Inc., Aliera Healthcare, Inc., and Sharity Ministries, Inc. or any of those entities' subsidiaries that purported to be "health care sharing ministry" plans at any time from June 27, 2018 to July 8, 2021

Petitioners' Mailing Address: c/o Sirianni Youtz Spoonemore Hamburger PLLC
3101 Western Avenue, Suite 350
Seattle, Washington 98121
Attn: Eleanor Hamburger, Esq.

We declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2021

/s/ *Gerald Jackson*
Gerald Jackson
Representative of the Class

/s/ *Roslyn Jackson*
Roslyn Jackson
Representative of the Class

/s/ _____
Dean Mellom
Representative of the Class

Petitioners' Names:     Gerald Jackson, Roslyn Jackson, and Dean Mellom, on behalf of all Washington residents who acquired plans from or through The Aliera Companies Inc., Aliera Healthcare, Inc., and Sharity Ministries, Inc. or any of those entities' subsidiaries that purported to be "health care sharing ministry" plans at any time from June 27, 2018 to July 8, 2021

Petitioners' Mailing Address: c/o Sirianni Youtz Spoonemore Hamburger PLLC
3101 Western Avenue, Suite 350
Seattle, Washington 98121
Attn: Eleanor Hamburger, Esq.

We declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2021

/s/
Gerald Jackson
Representative of the Class

/s/
Roslyn Jackson
Representative of the Class

/s/
Dean Mellom
Representative of the Class