IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**In Re:**  
The Aliera Companies Inc.

**Case No.:** 21–11548–JTD

**Chapter** 11

### NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

TO: Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Please enter the appearance of Rachel B. Mersky, Esquire of the firm of Monzack Mersky and Browder, P.A and J. Robert Williamson and Matthew W. Levin of the firm of Scroggins & Williamson, P.C. as counsel for The Aliera Companies, Inc. The Aliera Companies, Inc. is the Debtor in this involuntary petition and, pursuant to the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby request that all notices given or required to be given in these cases be given to and served upon:

> Rachel B. Mersky
> MONZACK MERSKY and BROWDER, P.A.
> 1201 N. Orange Street, Suite 400
> Wilmington, DE  19801
> Telephone:     (302) 656-8162
> Facsimile:     (302) 656-2769
> E-mail:        rmersky@monlaw.com
>  And
>
> J. Robert Williamson
> Matthew W. Levin
> Scroggins & Williamson, P.C.
> 4401 Northside Parkway
> Suite 450
> Atlanta, GA  30327
> (404) 893-3880
> rwilliamson@swlawfirm.com
> www.swlawfirm.com

{00229138-1}

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the Bankruptcy Rules but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, filed in this Chapter 11 case.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of The Aliera Companies' right: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, defenses, setoffs, or recoupments to which The Aliera Companies Inc. is or may be entitled, in law or in equity, all of which The Aliera Companies, Inc. expressly reserves.

Dated: December 20, 2021

**MONZACK MERSKY AND BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky, Esquire (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155
Telephone:   (302) 656-8162
Facsimile:   (302) 656-2769
Email:        rmersky@monlaw.com
AND
J. Robert Williamson
Matthew W. Levin
Scroggins & Williamson, P.C.
4401 Northside Parkway
Suite 450
Atlanta, GA  30327
(404) 893-3880
rwilliamson@swlawfirm.com
mlevin@swlawfirm.com
*Attorneys for* The Aliera Companies

{00229138-1}

{00229138-1}