## The Aliera Companies Inc. (21-11548 - JTD; Motions to Change Venue)  1-13-2021

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| | | | |
| Matthew | Levin | The Aliera Companies Inc. | Scroggins & Williamson, P.C. |
| Rachel | Mersky | The Aliera Companies | Monzack Mersky and Browder, PA |
| Daniel | Gill | bloomberg law | |
| Narendra | Ganti | interested in the hearing | fti consulting |
| Vince | Sullivan | Law360 | |
| David | BUCHBINDER | United States Trustee | Office of the United States Trustee |
| Neil | Luria | Sharity Liquidating Trustee | |
| Whitney | Groff | Georgia Consumer Protection | Georgia AGs Office |
| Ari | Dybnis | People of the State of California | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Shelley | Forrest | Missouri Department of Commerce and Insurance | |
| David | Giattino | Petitioning Creditors and Neil F. Luria, Liquidating Trustee | Stevens & Lee, P.C. |
| Leslie | Friedlander | State of Texas | Texas Attorney General |
| Nanette | Dinunzio | State of Texas | Texas Attorney General |
| John | Mills | N/A | Jones Walker LLP |
| Zachary | Towle | State of New Hampshire- Department of Insurance | |
| Karen | Cordry | States | Natl Assn of Attorneys General |
| Rachel | Obaldo | State of Texas | Texas Attorney General |
| Katie | Goodman | The Aliera Companies, Inc. | GGG Partners, LLC |

# The Aliera Companies Inc. (21-11548 - JTD; Motions to Change Venue)  1-13-2021

| | | | |
|---|---|---|---|
| Cindy | Powers | Sharity Bankruptcy Trust Committee Chairperson | |
| Ezra | Bronstein | Aliera Care Plaintiffs | Mehri & Skalet PLLC |
| Taylor | Harrison | Debtwire | |
| leonard | gerson | U.S. Department of Labor/PBSD | u.s. dept. of labor |
| Eleanor | Hamburger | Petitioning Creditors and the Sharity Liquidating Trust | Sirianni Youtz Spoonemore Hamburger |
| Anna | Molander | State of California | California Department of Justice |
| Robert | Williamson | The Aliera Companies, Inc. | Scroggins & Williamson, P.C. |
| Frank | DeBorde | Shelley Steele | Morris, Manning & Martin, LLP |
| Joseph | McCarthy | Trust Committee | |
| Kyle | Wallace | OneShare Health LLC | Shiver Hamilton LLC |
| JaKayla | DaBera | Court | |
| Holley | Morris | Department of Labor | EBSA |
| Jeffrey | Wisler | Observer | Jeffrey Wisler |
| Buddy | Combs | OneShare Health LLC | |
| ROBERT | FARRIS-OLSEN | RON AND MARIA MOELLER | MORRISON SHERWOOD WILSON DEOLA PLLP |
| Benjamin | Keenan | Specialist Resources Global, Inc. d/b/a Emids Technologies | Ashby & Geddes, P.A. |
| JOHN | MORRISON | RON AND MARIA MOELLER | MORRISON SHERWOOD WILSON DEOLA PLLP |
| David | Weidenbaum | Mary Ida Townson, U.S. Trustee for Region 21 | |
| John | Elrod | HealthEdge Software, Inc. | Greenberg Traurig, LLP |

# The Aliera Companies Inc. (21-11548 - JTD; Motions to Change Venue)  1-13-2021

| | | | |
|---|---|---|---|
| Joseph | Huston | Petitioning Creditors and Sharity Ministries Liquidation Trust | Stevenslee.com |
| Cynthia | Briseno | Committee | ELLI HAMBURGER |
| Maria | Sawczuk | ROC III Fairlead Embassy Row Owner, LLC | Goldstein & McClintock LLLP |
| Becky | Yerak | Wall Street Journal | News Corp |
| Cyrus | Mehri | Aliera Care Plaintiffs | Mehri & Skalet PLLC |
| Ann | Merryfield | Petitioning Creditors | Sirianni Youtz Spoonemore Hamburger |
| Abigail | Ryan | State of Texas | Texas Attorney General |
| Dennis | Meloro | HealthEdge | Greenberg Traurig, LLP |
| Michelle | Delany | Michelle S. Delany | NTG Consultants |