**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| THE ALIERA COMPANIES INC., | ) | Case No. 21-11548 (JTD) |
|  | ) |  |
| Debtor.[1] | ) | **Related to D.I. 18.** |
|  | ) |  |

## ORDER STAYING THE LATER-FILED VOLUNTARY BANKRUPTCY CASES OF THE ALIERA COMPANIES INC. AND ITS FOUR AFFILIATES

On the *Petitioning Creditors' Motion to Transfer Venue of the Later-Filed Voluntary Bankruptcy Cases of The Aliera Companies Inc. and Its Four Affiliates* [D.I. 18] (the "**Motion**"); and the Court having considered the Motion, the *Objection to Petitioning Creditors' Motion to Transfer Venue of the Later-Filed Voluntary Bankruptcy Cases of The Aliera Companies Inc. and Its Four Affiliates* [D.I. 40], the *Petitioning Creditors' Reply in Support of Their Motion to Transfer Venue of the Later-Filed Voluntary Bankruptcy Cases of The Aliera Companies Inc. and Its Four Affiliates* [D.I. 45], all other filings relating to the Motion or its subject matter, and the testimony adduced, the exhibits admitted, and the arguments made by counsel at the hearing held on January 13, 2022; and it appearing from the record that (a) the United States District Court for the District of Delaware (the "**District Court**") has jurisdiction of this civil proceeding under 28 U.S.C. § 1334, (b) venue of this proceeding in the District Court is proper under 28 U.S.C. § 1409, (c) this Court has statutory authority under 28 U.S.C. § 157 and the District Court's *Amended Standing Order of Reference* dated February 29, 2012, to hear, determine, and

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 9555. The address of the Debtor's principal office is 990 Hammond Drive, Suite 700, Atlanta, Georgia 30328.

enter appropriate judgments and orders in this core proceeding, (d) this Court has constitutional authority to enter a final order or judgment in this proceeding, (e) there has been due notice of, and a sufficient opportunity for a hearing on, the Motion, and (e) no other or further notice of the Motion or the hearing thereon was required; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED IN PART** to the extent set forth in this Order.

2.      Pursuant to Federal Rule of Bankruptcy Procedure 1014(b), the following cases are **STAYED**, and no party to the cases shall proceed further until this Court enters its order determining the district or districts in which this case and the following cases should proceed:

   (a)    *In re The Aliera Companies, Inc.*, Case No. 21-59493-jrs (Bankr. N.D. Ga.);

   (b)    *In re Advevo LLC*, Case No. 21-59495-jrs (Bankr. N.D. Ga.);

   (c)    *In re Ensurian Agency LLC*, Case No. 21-59496-jrs (Bankr. N.D. Ga.);

   (d)    *In re Tactic Edge Solutions LLC*, Case No. 21-59497-jrs (Bankr. N.D. Ga.); and

   (e)    *In re USA Benefits & Administrators LLC*, Case No. 21-59498-jrs (Bankr. N.D. Ga.).

3.      Notwithstanding any provision of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware to the contrary, this Order shall become effective and enforceable immediately upon its entry.

4.      This Court retains exclusive jurisdiction of any matter arising from or related to this Order's interpretation, construction, implementation, or enforcement.

**Dated: January 18th, 2022**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**