| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Matthew | Levin | The Aliera Companies | Scroggins & Williamson, P.C. |
| Rachel | Mersky | Aliera Companies | Monzack Mersky and Browder PA |
| Celeste | Stranahan | Liquidation committee | |
| Joseph | Bain | None Yet | Jones Walker |
| Mellaine | Salinas | None yet | Jones Walker |
| Daniel | Gill | Bloomberg Law | |
| Neil | Luria | Sharity Liquidating Trust | SOLIC Capital |
| David | BUCHBINDER | United States Trustee | Office of the United States Trustee |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Shelley | Forrest | Missouri Department of Commerce and Insurance | |
| Nanette | Dinunzio | State of Texas | Texas Attorney General |
| John | Mills | N/A | Jones Walker |
| Zachary | Towle | State of New Hampshire- Department of Insurance | Office of the Attorney General |
| Karen | Cordry | States | Natl Assn of Attorneys General |
| Cindy | Powers | Sharity Members Committee chairperson | |
| Katie | Goodman | The Aliera Companies | GGG Partners, LLC |
| Taylor | Harrison | Debtwire | |
| Eleanor | Hamburger | Petitioning Creditors | Sirianni Youtz Spoonemore Hamburger |
| J Robert | Williamson | The Aliera Companies, Inc. | Scroggins & Williamson, P.C. |
| Anna | Molander | People of California | Department of Justice |
| Frank | DeBorde | Shelley Steele | Morris, Manning & Martin, LLP |
| Joseph | McCarthy | Sharity Trust Committee | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Shelley | Steele | Shelley Steele | |
| Jeffrey | Wisler | Observing | Connolly Gallagher LLP |
| David | Weidenbaum | Mary Ida Townson, United States Trustee for Region 21 | |
| Joseph | Huston | Petitioning Creditors and Sharity Liquidating Trustee | Stevens & Lee, P.C. |
| John | Elrod | HealthEdge Software, Inc. | Greenberg Traurig, LLP |
| Maria | Sawczuk | ROC III Fairlead Embassy Row Owner, LLC | Goldstein & McClintock LLLP |
| Becky | Yerak | Wall Street Journal | News Corp |
| Ann | Merryfield | Petitioning Creditors | Sirianni Youtz Spoonemore Hamburger |
| Abigail | Ryan | State of Texas | Texas Attorney General |
| David | Giattino | Petitioning Creditors and the Sharity Ministries, Inc. Liquidating Trust | Stevens & Lee, P.C. |
| Dennis | Meloro | HealthEdge Software | Greenberg Traurig, LLP |