IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE ALIERA COMPANIES INC., | ) | Case No. 21-11548 (JTD) |
| | ) | |
| Debtor.[1] | ) | **Related to D.I. 17 and 18.** |
| | ) | |

ORDER TRANSFERRING
VENUE OF THE LATER-FILED VOLUNTARY BANKRUPTCY CASES OF
THE ALIERA COMPANIES INC. AND ITS FOUR AFFILIATES

On both the *Motion to Transfer Venue Pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 1014* [D.I. 17] (the "**Debtor's Motion**") and the *Petitioning Creditors' Motion to Transfer Venue of the Later-Filed Voluntary Bankruptcy Cases of The Aliera Companies Inc. and Its Four Affiliates* [D.I. 18] (the "**Petitioning Creditors' Motion**") (collectively the "**Motions**"); and the Court having considered the Motions, the *Petitioning Creditors' Objection to The Aliera Companies Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 1014* [D.I. 38] (the "**Petitioning Creditors' Objection**"); the *Objection to Petitioning Creditors' Motion to Transfer Venue of the Later-Filed Voluntary Bankruptcy Cases of The Aliera Companies Inc. and Its Four Affiliates* [D.I. 40] (the "**Debtor's Objection**"), the *Reply to Petitioning Creditors' Objection to The Aliera Companies Inc.'s Motion to Transfer Venue Pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 1014* [D.I. 44], the *Petitioning Creditors' Reply in Support of Their Motion to Transfer Venue of the Later-Filed Voluntary Bankruptcy Cases of The Aliera Companies Inc. and Its Four Affiliates* [D.I. 45], all other filings relating to

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 9555. The address of the Debtor's principal office is 990 Hammond Drive, Suite 700, Atlanta, Georgia 30328.

the Motions or their subject matter, and the testimony adduced, the exhibits admitted, and the arguments made by counsel at the hearing held on January 13, 2022; and it appearing from the record that (a) the United States District Court for the District of Delaware (the "**District Court**") has jurisdiction of these civil proceedings under 28 U.S.C. § 1334, (b) venue of these proceedings in the District Court is proper under 28 U.S.C. § 1409, (c) this Court has statutory authority under 28 U.S.C. § 157 and the District Court's *Amended Standing Order of Reference* dated February 29, 2012, to hear, determine, and enter appropriate judgments and orders in these core proceedings, (d) this Court has constitutional authority to enter a final order or judgment in these proceedings, (e) there has been due notice of, and a sufficient opportunity for a hearing on, the Motions, and (f) no other or further notice of the Motions or the hearing thereon was required; and for the reasons that the Court stated on the record at the hearing held on January 21, 2022; and after due deliberation and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED THAT:**

    1.    The Petitioning Creditors' Objection is **SUSTAINED**.

    2.    The Debtor's Motion is **DENIED**.

    3.    The Debtor's Objection is **OVERRULED**.

    4.    The Petitioning Creditors' Motion is **GRANTED** as set forth in this Order.

    5.    Pursuant to Title 28, Section 1412 of the United States Code and Federal Rule of Bankruptcy Procedure 1014(b), both in the interest of justice and for the parties' convenience, this case and the following cases (the "**Voluntary Cases**") should proceed in the District of Delaware, and the Voluntary Cases therefore are transferred from the United States Bankruptcy Court for the Northern District of Georgia to the United States Bankruptcy Court for the District of Delaware:

    (a)    *In re The Aliera Companies, Inc.*, Case No. 21-59493-jrs (Bankr. N.D. Ga.);

    (b)    *In re Advevo LLC*, Case No. 21-59495-jrs (Bankr. N.D. Ga.);

    (c)    *In re Ensurian Agency LLC*, Case No. 21-59496-jrs (Bankr. N.D. Ga.);

    (d)    *In re Tactic Edge Solutions LLC*, Case No. 21-59497-jrs (Bankr. N.D. Ga.); and

    (e)    *In re USA Benefits & Administrators LLC*, Case No. 21-59498-jrs (Bankr. N.D. Ga.).

6. The Debtor shall file a copy of this Order on each of the Voluntary Cases' dockets within 3 days after this Order's entry.

7. The Debtor, the Petitioning Creditors, and this Court's Clerk are authorized to take any action that is necessary or appropriate to carry out the transfer of the Voluntary Cases from the United States Bankruptcy Court for the Northern District of Georgia to this Court.

8. Notwithstanding any provision of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware to the contrary, this Order shall become effective and enforceable immediately upon its entry.

9. This Court retains exclusive jurisdiction of any matter arising from or related to this Order's interpretation, construction, implementation, or enforcement.

Dated: January 25th, 2022  
Wilmington, Delaware

                         JOHN T. DORSEY  
                         UNITED STATES BANKRUPTCY JUDGE