IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE ALIERA COMPANIES INC, | ) Case No. 21-11548-JTD |
| d/b/a Aliera Healthcare, Inc., *et al.*,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) **RE: D.I. 189, 209, 210** |
| | ) |

### ORDER DENYING MOTION FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY IS NOT IN EFFECT AS TO CO-DEBTOR

Upon consideration of Careington International Corporation's *Motion for Order Confirming That the Automatic Stay Is Not in Effect as to Co-Debtor* (D.I. 189) (the "Motion") and First Call Telemedicine, LLC's *Objection to Careington International Corporation's Motion for Order Confirming That the Automatic Stay Is Not in Effect as to Co-Debtor* (D.I. 210) thereto; and the Court having considered the statements of counsel at a hearing;

**IT IS HEREBY ORDERED** that:

1. The Motion is **DENIED** for the reasons stated on the record.

**Dated: June 16th, 2022**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

---

[1] The jointly administered Debtors in these chapter 11 cases along with the last four digits of their federal tax identification number include: The Aliera Companies Inc. (9555) (Case No. 21-11548 and 22-10125), Advevo LLC (6736) (Case No. 22-10124), Ensurian Agency LLC (3244) (Case No. 22-10123), Tactic Edge Solutions LLC (2923) (Case No. 22-10122) and USA Benefits & Administrators LLC (5803) (Case No. 22-10121) (the "Debtors").